# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **RANDALL WAYNE CLARK,** ) | Civil Action No. 7:14cv00574 |
|     Petitioner ) | |
| v. ) | |
| ) | **FINAL ORDER** |
| **HAROLD CLARKE,** ) | |
|     Respondent. ) | By: Norman K. Moon |
| ) | United States District Judge |

This matter is before me on Clark's motion for reconsideration (Dkt. No. 5) of my opinion and order dismissing his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, without prejudice as successive. Having reviewed Clark's motion and pertinent portions of the record, the court remains convinced that Clark's § 2254 motion was properly dismissed. Accordingly, it is hereby

**ORDERED** and **ADJUDGED**

that Clark's motion for reconsideration is **DENIED.**

The Clerk is directed to send copies of this Order to the parties.

**ENTER:** This 11th day of September, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE